ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

Feb 15 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.   CR24-00096 MAG |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: |
| v. | ) | 36 C.F.R. § 4.4(a) – Failure to Report a Motor Vehicle Accident |
| MARCUS B. FREEMAN, | ) | 36 C.F.R. § 2.32(a)(3)(i) – Providing a False Report |
| Defendant. | ) | SAN FRANCISCO |

## I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:          (36 C.F.R. § 4.4(a) – Failure to Report a Motor Vehicle Accident within the Special Maritime and Territorial Jurisdiction of the United States)

On or about April 30, 2022, in the Northern District of California, and within the Special Maritime and Territorial Jurisdiction of the United States, the defendant,

MARCUS B. FREEMAN,

operated a motor vehicle that was involved in an accident with a bicyclist at or around the intersection of Mason and Javowitz Street in San Francisco, California, and within the Presidio Trust, and failed to report the accident within 24 hours, all in violation of 36 Code of Federal Regulations, Section 4.4(a), a Class B Misdemeanor.

INFORMATION

COUNT TWO:          (36 C.F.R. § 2.32(a)(3)(i) – Providing a False Report)

On or about May 3, 2022, in the Northern District of California, the defendant,

MARCUS B. FREEMAN,

knowingly and intentionally gave a false or fictious report or other false information to an authorized person investigating the above-referenced accident in the Presidio Trust, all in violation of 36 Code of Federal Regulations, Section 2.32(a)(3)(i), a Class B Misdemeanor.

DATED: February 15, 2024                    ISMAIL J. RAMSEY
                                            United States Attorney


                                            /s/ Michael G. Lagrama
                                            MICHAEL G. LAGRAMA
                                            Assistant United States Attorney

INFORMATION

INFORMATION                                          3